# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 16, 2024

Lyle W. Cayce
Clerk

No. 24-20115
Summary Calendar

───────────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JUAN VILLANUEVA-MORENO,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-508-1

───────────────────────────────

Before HAYNES, HIGGINSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan Villanueva-Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Villanueva-Moreno has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

───────────────────────

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-20115

reflected therein.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.   *See* 5TH CIR. R. 42.2.